BETSEY A. FERGUSON AND HELENA H. BORDEN, ADMINISTRATRIXES, ETC., Respondents, *v.* MARY MORRIS AND JOHN MORRIS, Appellants.

APPEAL from a judgment entered on the report of a referee in favor of the plaintiff. The action was brought for the foreclosure of a mortgage. The court, after an examination of the evidence, was of opinion that there was no consideration for the mortgage, and that the judgment was erroneous.

*Risley & Stoddard*, for the appellants.

*Richardson & Adams*, for the respondents.

Opinion by MULLIN, P. J.

Judgment reversed, and new trial granted before another referee, costs to abide event.